# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Dishon Disposal, Inc. and ) | |
| Hurley Enterprises, Inc., ) | |
| ) | **ORDER DIRECTING PARTIES** |
| Plaintiffs, ) | **TO FILE STATUS UPDATE** |
| ) | |
| vs. ) | |
| ) | |
| Special Waste Management Services, LLC, ) | |
| ) | Case No. 4:13-cv-103 |
| Defendant. ) | |

Plaintiffs initiated the above-captioned action by complaint on September 9, 2013. Defendant filed an answer on December 6, 2013. On January 3, 2014, the court issued an order setting a scheduling conference for February 3, 2014. On January 16, 2014, the court cancelled the scheduling conference because during a telephone conference in a related case (Dishon Disposal v. Perfect Circle, Case No. 4:13-cv-113), the parties stated they believed it was likely this case would settle in the next few months.

Nothing has been filed in the case since the scheduling conference was cancelled and the parties have not provided the court any additional information regarding the status of settlement discussions. Accordingly, the parties are directed to file a brief report updating the court on the status of this action by September 14, 2014.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court